51202. DAVIDSON et al. v. MYERS.

BELL, Chief Judge.

In this suit by plaintiff to recover for the alleged wrongful death of her three and one-half year old son who drowned in a swimming pool provided for the tenants of defendants' apartment complex, the defendants have not sustained their burden of proof on motion for summary judgment by showing that they are entitled to judgment as a matter of law. Accordingly, the trial court properly denied the motion.

*Judgment affirmed. Webb and Marshall, JJ., concur.*

ARGUED OCTOBER 6, 1975 — DECIDED OCTOBER 23, 1975.

*Neely, Freeman & Hawkins, Richard P. Schultz, Joe C. Freeman, Jr.,* for appellants.
*Charles L. Weltner,* for appellee.